THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 Charleston
 County Department of Social Services, Respondent,
 
 
 
 
 

v.

 
 
 
 
 I.H., M.G., and
 John Doe, Defendants,
 
 Of whom I.H. is
 the Appellant.
 
 In the interest of a minor child under the age of 18.
 
 
 

Appeal From Charleston County
Paul W. Garfinkel, Family Court Judge

Unpublished Opinion No.  2011-UP-190
 Submitted April 1, 2011  Filed April 28,
2011

AFFIRMED

 
 
 
 Brian Warden, of Mount Pleasant, for
 Appellant.
 Bonnie T. Brisbane, of North Charleston,
 for Respondent.
 Sean F. Keefer, of Charleston, for
 Guardian ad Litem.
 
 
 

PER CURIAM: I.H. appeals
 from the family court's final order terminating her parental rights to her
 minor child.  See S.C.
 Code Ann. § 63-7-2570 (2010).  Upon a thorough review of the record and the
 family court's findings of fact and conclusions of law pursuant to Ex Parte
 Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues
 warrant briefing.  Accordingly, we affirm the family court's ruling. 
AFFIRMED.[1]
WILLIAMS and
 KONDUROS, JJ., and CURETON, A.J., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.